```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 00167
    DIONTE E THIGPEN
    YVONNE S THIGPEN                          CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-6070     SSN XXX-XX-8022

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/04/2008 and was confirmed 03/12/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/19/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
MARQUETTE CONSUMER FINAN NOTICE ONLY   NOT FILED           .00           .00
QUINLAN & FABISH         SECURED          1953.18          .00         97.65
ECONOMY INTERIORS INC    SECURED          2500.00          .00        125.01
AMERICASH LOANS LLC      UNSECURED        1903.47          .00           .00
RMI/MCSI                 UNSECURED         750.00          .00           .00
CSAC/ED FUNDING ACCOUNTI UNSECURED        1822.54          .00           .00
US DEPT OF EDUCATION     UNSECURED        7083.38          .00           .00
SALLIE MAE GUARANTEE SER UNSECURED          75.00          .00           .00
SALLIE MAE GUARANTEE SER UNSECURED        4250.14          .00           .00
SALLIE MAE GUARANTEE SER UNSECURED        1741.00          .00           .00
ECMC                     UNSECURED       11414.47          .00           .00
ECMC                     UNSECURED        2377.58          .00           .00
ECMC                     UNSECURED        8500.00          .00           .00
SALLIE MAE GUARANTEE SER UNSECURED        4175.14          .00           .00
ECMC                     UNSECURED        1312.00          .00           .00
US CELLULAR              UNSECURED      NOT FILED          .00           .00
SPRINT PCS               UNSECURED      NOT FILED          .00           .00
TCF NATIONAL BANK        UNSECURED      NOT FILED          .00           .00
AMERICREDIT FINANCIAL SV UNSECURED        9050.30          .00           .00
SAUK VILLAGE POLICE DEPT UNSECURED      NOT FILED          .00           .00
FIRST REVENUE ASSURANCE  UNSECURED      NOT FILED          .00           .00
ASSOC ST JAMES RADIOLOGI UNSECURED      NOT FILED          .00           .00
AT&T LAW DEPARTMENT      UNSECURED      NOT FILED          .00           .00
AUNT MARTHAS COMM HEALTH UNSECURED      NOT FILED          .00           .00
BALLYS TOTAL FITNESS ~   UNSECURED      NOT FILED          .00           .00
GAMACHE AND MYERS PC     UNSECURED        1885.40          .00           .00
BENNETT & DELONEY        NOTICE ONLY    NOT FILED          .00           .00
BLACK EXPRESSIONS        UNSECURED      NOT FILED          .00           .00
ICE MOUNTAIN WATER       UNSECURED      NOT FILED          .00           .00
DISH NETWORK             UNSECURED      NOT FILED          .00           .00
VILLAGE OF SAUK VILLAGE  UNSECURED      NOT FILED          .00           .00
CREDITORS COLLECTION BUR NOTICE ONLY    NOT FILED          .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00167 DIONTE E THIGPEN & YVONNE S THIGPEN
```

| Creditor | Type | Amount | | |
|---|---|---|---|---|
| CFS SUNTECH SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| CFS SUNTECH SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| CHECKIT | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHICAGO STATE PARKING DE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHAMPAIGN | UNSECURED | NOT FILED | .00 | .00 |
| SCHOOL DIST 168 | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT CLEARING HOUSE OF | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| INSIGHT COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN OPEN MRI | UNSECURED | NOT FILED | .00 | .00 |
| PRONGER SMITH CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | NOTICE ONLY | NOT FILED | .00 | .00 |
| EXCEL EMERGENCY CARE | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| ECONOMY INTERIORS INC | UNSECURED | 1289.81 | .00 | .00 |
| ER SOULTIONS INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| EXCEL EMERGENCY CARE | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| GRC SALLIE MAE SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| HARRIS & HARRIS | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY | UNSECURED | NOT FILED | .00 | .00 |
| HSBC NV/GM CARD | UNSECURED | NOT FILED | .00 | .00 |
| HSBC NV/GM CARD | UNSECURED | NOT FILED | .00 | .00 |
| JEROLD KAPLAN LAW OFFICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| JERRY M SALZBERG | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECONOMY INTERIOR | UNSECURED | NOT FILED | .00 | .00 |
| LAURIE S GORDON DDS | UNSECURED | NOT FILED | .00 | .00 |
| LTD COMMODITIES | UNSECURED | NOT FILED | .00 | .00 |
| PRONGER SMITH MEDICAL AS | UNSECURED | NOT FILED | .00 | .00 |
| METRA | UNSECURED | NOT FILED | .00 | .00 |
| MICROSOFT | UNSECURED | NOT FILED | .00 | .00 |
| MOON E KIM MD | UNSECURED | NOT FILED | .00 | .00 |
| MORGEN & ERL | NOTICE ONLY | NOT FILED | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PROGRESSIVE INSURANCE CO | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 2766.39 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTH ST PROPERTY | UNSECURED | NOT FILED | .00 | .00 |
| PRONGER SMITH MEDICAL AS | UNSECURED | NOT FILED | .00 | .00 |
| QUINLAN & FABISH MUSIC C | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF RICHTON PARK | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF RICHTON PARK | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 38092.88 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 26595.13 | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| WACHOVIA BK EDUCAID | UNSECURED | 3718.04 | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | NOT FILED | .00 | .00 |

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 00167 DIONTE E THIGPEN & YVONNE S THIGPEN

```
SALLIE MAE                 UNSECURED        NOT FILED              .00              .00
SALLIE MAE                 UNSECURED        NOT FILED              .00              .00
SALLIE MAE                 UNSECURED        NOT FILED              .00              .00
SALLIE MAE                 UNSECURED        NOT FILED              .00              .00
SOUTH SUBURBAN COLLEGE     UNSECURED        NOT FILED              .00              .00
TRUSTMARK RECOVERY         NOTICE ONLY      NOT FILED              .00              .00
URBANA FREE LIBRARY        UNSECURED        NOT FILED              .00              .00
UNIV FIDELITY              NOTICE ONLY      NOT FILED              .00              .00
UNIVERSITY OF PHOENIX      UNSECURED        NOT FILED              .00              .00
US DEPT OF EDUCATION       UNSECURED              .00              .00              .00
US DEPT OF EDUCATION       UNSECURED        NOT FILED              .00              .00
WELL GROUP HEALTH PARTNE   UNSECURED        NOT FILED              .00              .00
WEXLER & WEXLER            NOTICE ONLY      NOT FILED              .00              .00
WASHINGTON MUTUAL BANK     CURRENT MORTG          .00              .00              .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE          .00              .00              .00
COOK COUNTY TREASURER      SECURED                .00              .00              .00
IL STATE DISBURSEMENT UN   DSO ARREARS       11447.99              .00              .00
PATRISHKA THIGPEN          NOTICE ONLY      NOT FILED              .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           250.49              .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           908.10              .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           529.47              .00              .00
MARQUETTE CONSUMER FINAN   UNSECURED         10669.62              .00              .00
ECMC                       UNSECURED          1872.61              .00              .00
LEGAL HELPERS PC           DEBTOR ATTY       2,700.00                          1,655.06
TOM VAUGHN                 TRUSTEE                                               163.28
DEBTOR REFUND              REFUND                                                   .00

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                2,041.00

PRIORITY                                              .00
SECURED                                            222.66
UNSECURED                                             .00
ADMINISTRATIVE                                   1,655.06
TRUSTEE COMPENSATION                               163.28
DEBTOR REFUND                                         .00
                     ---------------        ---------------
TOTALS                 2,041.00                  2,041.00
```

           PAGE  3 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 00167 DIONTE E THIGPEN & YVONNE S THIGPEN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```